# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 07-40-2 |
| CONCETTA JACKSON | |

# O R D E R

**AND NOW**, this 25th day of March, 2021, upon consideration of Defendant Concetta Jackson's Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (ECF 316), the Government's response thereto (ECF 319), **IT IS ORDERED** that the Motion is **DENIED.**

BY THE COURT:

*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**