# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | |
| CONCETTA JACKSON | NO. 07-0040-2 |

## ORDER

**AND NOW**, this 15th day of August, 2025, upon consideration of Defendant Jackson's *Pro Se* Motion for Compassionate Release (ECF No. 344) and the United States of America's Response thereto (ECF No. 345), it is **HEREBY ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

*S/* **WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**